IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                            *       CASE NO.: 24-17546

**MARTIN CALHOUN**                *       (Chapter 13)

        Debtor             *

*************************************************************************

**ORDER TO DISALLOW
PROOF OF CLAIM NO. 11 FILED BY LVNV FUNDING, LLC**

The objection of the above debtor, Martin Calhoun, objecting to the Proof of Claim No. 11, is sustained and the claim be and is hereby DISALLOWED.

"END OF ORDER"

cc: Debtor
Debtor's Attorney
Creditor
Creditor's attorney
Chapter 13 Trustee