IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                       *        CASE NO.: 24-17546

**MARTIN CALHOUN**                           *        (Chapter 13)

          Debtor                       *

*****************************************************************

AFFIDAVIT OF DEBTOR, MARTIN CALHOUN

1. My name is MARTIN CALHOUN.

2. I am over eighteen years of age and competent to testify

3. I am the debtor in the above captioned case.

4. I filed this case on September 9, 2024.

5. I have been a victim of identity theft and I am not liable on this account.

6. I have never inquired, opened or maintained a line of credit or a credit card with LVNV Funding, LLC, the named Creditor and Claimant for Claim Number 11 in my case.

7. I have never maintained inquired, opened or maintained a line of credit or a credit card with Resurgent Acquisitions, LLC, or Bank of Missouri or TOTAL VISA, the named Original Creditors for Claim Number 11 in my case.

8. The affidavit is made on personal knowledge.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

12/29/2024
Date

_____
MARTIN CALHOUN