IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 24-17546 |
| **MARTIN CALHOUN** | * | (Chapter 13) |
| Debtor | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF SERVICE**

I hereby certify that under penalty of perjury that on this 8th day of January 2025, a copy of the foregoing Objection to Proof of Claim No 11 and related documents were sent via the US Bankruptcy Court's ECF filing system to:

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21146
410-290-9120
Fax : 410-290-9121
Email: cmecf@chapter13maryland.com

Resurgent Capital Services
PO Box 11587
Greenville, SC 29603

RESURGENT CAPITAL SERVICES L.P.
Principal Office: 55 BEATTIE PLACE, SUITE 110, MS425
GREENVILLE SC 29601

RESURGENT CAPITAL SERVICES L.P.
Resident Agent:
CSC-LAWYERS INCORPORATING SERVICE COMPANY
7 ST. PAUL STREET
SUITE 820
BALTIMORE MD 21202

Brandie McCann, Claims Processor
Resurgent Capital Services
PO Box 10587
Greenville SC 29603
askbk@resurgent.com

LVNV FUNDING, LLC

355 S MAIN STREET
STE 300-D
GREENVILLE SC 29601

LVNV FUNDING, LLC
BY SERVICE UPON ITS RESIDENT AGENT
CSC-LAWYERS INCORPORATING SERVICE COMPANY
7 ST. PAUL STREET
SUITE 820
BALTIMORE MD 21202

/s/ Richard J. Hackerman

_____

Richard J. Hackerman, P.A.
3635 Old Court Road, Suite 208
Baltimore, MD 21208
410-243-8800
Attorney for the Debtor