**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**


IN RE:                                    *        CASE NO.: 24-17546

**MARTIN CALHOUN**                        *        (Chapter 13)

             Debtor                       *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>ORDER TO DISALLOW</u>**
**<u>PROOF OF CLAIM NO. 3 FILED BY LVNV FUNDING, LLC</u>**


The objection of the above debtor, Martin Calhoun, objecting to the Proof of Claim No.3,

is sustained and the claim be and is hereby  DISALLOWED.


"END OF ORDER"


cc: Debtor
Debtor's Attorney
Creditor
Creditor's attorney
Chapter 13 Trustee