IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                      \*        CASE NO.: 24-17546

**MARTIN CALHOUN**               \*        (Chapter 13)

              Debtor                    \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I hereby certify that under penalty of perjury that on this 8th day of January 2025, a copy of the foregoing Objection to Proof of Claim No 3 and related documents were sent via the US Bankruptcy Court's ECF filing system to:

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046
410-290-9120
Fax : 410-290-9121
Email: cmecf@chapter13maryland.com

Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

RESURGENT CAPITAL SERVICES L.P.
Principal Office: 55 BEATTIE PLACE, SUITE 110, MS425
GREENVILLE SC 29601

RESURGENT CAPITAL SERVICES L.P.
Resident Agent:
CSC-LAWYERS INCORPORATING SERVICE COMPAN
7 ST. PAUL STREET
SUITE 820
BALTIMORE MD 21202

David Lamb, Claims Processor
Resurgent Capital Services
PO Box 10587
Greenville SC 29603
askbk@resurgent.com

LVNV FUNDING, LLC

355 S MAIN STREET
STE 300-D
GREENVILLE SC 29601

LVNV FUNDING, LLC
BY SERVICE UPON ITS RESIDENT AGENT
CSC-LAWYERS INCORPORATING SERVICE COMPANY
7 ST. PAUL STREET
SUITE 820
BALTIMORE MD 21202

                                                /s/ Richard J. Hackerman
                                                _____
                                                Richard J. Hackerman, P.A.
                                                3635 Old Court Road, Suite 208
                                                Baltimore, MD 21208
                                                410-243-8800
                                                Attorney for the Debtor