**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

IN RE:                                   *        CASE NO.: 24-17546

**MARTIN CALHOUN**                       *        (Chapter 13)

Debtor                     *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>NOTICE OF OPPORTUNITY TO OBJECT TO DEBTOR'S</u>**
**<u>OBJECTION TO PROOF OF CLAIM NO. 3 FILED BY LVNV FUNDING, LLC</u>**

TO ALL CREDITORS AND PARTIES IN INTEREST:

1. Debtor has filed a Objection to Proof of Claim No. 3, filed by LVNV FUNDING, LLC. If the Objection is sustained, the Claim will be DISALLOWED.

2. All partes in interest have the right to file an objection. The objection must be filed with the Clerk at 101 West Lombard Street, Baltimore, Maryland 21201, with a copy sent to Richard J. Hackerman, Attorney for Debtor, 3635 Old Court Road, Suite 208,  Baltimore, Maryland, 21208 within thirty (30) days from the date of this Notice in United States Bankruptcy Court for the District of Maryland. The Objection may be allowed without further notice if no timely objection is filed.   The Court will issue a separate notice of the date and time for hearing on the Debtor's motion.

3. An objection must state the facts and legal grounds on which the objection is based. If parties in interest have any questions regarding the subject of the notice, they may contact the undersigned.

/s/ Richard J. Hackerman
_____
Richard J. Hackerman, P.A.
3635 Old Court Road, Suite 208
Baltimore, MD 21208
410-243-8800
Attorney for the Debtor