IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 24-17546 |
| **MARTIN CALHOUN** | * | (Chapter 13) |
| Debtor | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**OBJECTION TO PROOF OF CLAIM 10 FILED BY LVNV FUNDING, LLC**

NOW COMES, Martin Calhoun, through his attorney, Richard J. Hackerman, and files this Objection to Proof of Claim No. 10 filed by LVNV Funding, LLC, and for reason says:

1. That on September 9, 2024, Debtor filed within this Court a Voluntary Petition for relief under Chapter 13 of the U.S. Bankruptcy Code and this Court assumed jurisdiction.

2. That on or about November 12, 2024, LVNV Funding, LLC filed a Proof of Claim, Claim 3, in the total amount of $442.76. Said claim was made for a credit card line acquired from Resurgent Acquisitions LLC.

3. That the Debtor disputes the claim. Debtor was a victim of identity theft and has never had a line of credit with the present creditor or the original creditor listed in the claim.

4. The claim is unfair, unreasonable and amounts to overreaching by the claimant. It should be denied.

**WHEREFORE**, the Debtor respectfully prays that the Proof of Claim No. 10, filed against the Debtor be DISALLOWED, and for such other and further relief as the nature of his cause may require.

/s/ Richard J. Hackerman

_____
Richard J. Hackerman, P.A.
3635 Old Court Road, Suite 208
Baltimore, MD 21208
410-243-8800
Attorney for the Debtor