**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

IN RE:                          *          CASE NO.: 24-17546

**MARTIN CALHOUN**          *          (Chapter 13)

          Debtor              *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER TO DISALLOW**
**PROOF OF CLAIM NO. 10 FILED BY LVNV FUNDING, LLC**


The objection of the above debtor, Martin Calhoun, objecting to the Proof of Claim No.

10,  is sustained and the claim be and is hereby  DISALLOWED.


"END OF ORDER"


cc: Debtor
Debtor's Attorney
Creditor
Creditor's attorney
Chapter 13 Trustee