# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

IN RE:                                    *        CASE NO.: 24-17546

**MARTIN CALHOUN**                        *        (Chapter 13)

         Debtor                       *

*************************************************************************

### AFFIDAVIT OF DEBTOR, MARTIN CALHOUN

1.    My name is MARTIN CALHOUN.

2.    I am over eighteen years of age and competent to testify

3.    I am the debtor in the above captioned case.

4.    I filed this case on September 9, 2024.

5.    I have been a victim of identity theft and I am not liable on this account.

6.    I have never inquired, opened or maintained a line of credit or a credit card with LVNV Funding, LLC, the named Creditor and Claimant for Claim Number 10 in my case.

7.    I have never inquired, opened or maintained a line of credit or a credit card with Resurgent Acquisitions, LLC, or Synovus Bank the named Original Creditors for Claim Number 10 in my case.

8.    The affidavit is made on personal knowledge.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

12/29/2024
Date

MARTIN CALHOUN