IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                               *        CASE NO.: 24-17546

**MARTIN CALHOUN**          *        (Chapter 13)

       Debtor              *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**OBJECTION TO PROOF OF CLAIM 2 FILED BY RESURGENT RECEIVABLES, LLC**

    NOW COMES, Martin Calhoun, through his attorney, Richard J. Hackerman, and files this Objection to Proof of Claim No. 2 filed by Resurgent Receivables, LLC, and for reason says:

1.  That on September 9, 2024, Debtor filed within this Court a Voluntary Petition for relief under Chapter 13 of the U.S. Bankruptcy Code and this Court assumed jurisdiction.

2.  That on or about September 12, 2024, Resurgent Receivables, LLC filed a Proof of Claim, Claim 2, in the total amount of $2,130.26. Said claim was made for a credit card line transferred to Resurgent from Credit One Bank, N.A.

3.  That the Debtor disputes the claim. Debtor was a victim of identity theft and has never had a line of credit with the present creditor or the original creditor listed in the claim.

4.  The claim is unfair, unreasonable and amounts to overreaching by the claimant. It should be denied.

    **WHEREFORE**, the Debtor respectfully prays that the Proof of Claim No. 2, filed against the Debtor be DISALLOWED, and for such other and further relief as the nature of his cause may require.

                                            /s/ Richard J. Hackerman

                                            _____
                                            Richard J. Hackerman, P.A.
                                            3635 Old Court Road, Suite 208
                                            Baltimore, MD 21208
                                            410-243-8800
                                            Attorney for the Debtor