IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                          *        CASE NO.: 24-17546

**MARTIN CALHOUN**              *        (Chapter 13)

        Debtor               *

*************************************************************************

**ORDER TO DISALLOW**
**PROOF OF CLAIM NO. 2 FILED BY RESURGENT RECEIVABLES, LLC**

The objection of the above debtor, Martin Calhoun, objecting to the Proof of Claim No.2, is sustained and the claim be and is hereby DISALLOWED.

"END OF ORDER"

cc: Debtor
Debtor's Attorney
Creditor
Creditor's attorney
Chapter 13 Trustee