IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                    *        CASE NO.: 24-17546

**MARTIN CALHOUN**                        *        (Chapter 13)

       Debtor                             *

*******************************************************************

AFFIDAVIT OF DEBTOR, MARTIN CALHOUN

1. My name is MARTIN CALHOUN.

2. I am over eighteen years of age and competent to testify

3. I am the debtor in the above captioned case.

4. I filed this case on September 9, 2024.

5. I have been a victim of identity theft and I am not liable on this account.

6. I have never inquired, opened or maintained a line of credit or a credit card with Resurgent Receivables, LLC, the named Creditor and Claimant for Claim Number 2 in my case.

7. I have never inquired, opened or maintained a line of credit or a credit card with Credit One Bank, N.A., the named Original Creditor for Claim Number 2 in my case.

8. The affidavit is made on personal knowledge.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

12/29/2024
Date

_____
MARTIN CALHOUN