EXHIBIT 1

## Hudson, Lynn

| | |
|---|---|
| **From:** | Hudson, Lynn |
| **Sent:** | Monday, January 27, 2025 2:23 PM |
| **To:** | 'Richard J. Hackerman, Esq.' |
| **Cc:** | 'Timothy P. Branigan'; Walters, Timothy |
| **Subject:** | Calhoun, Martin; MDB Case No. 24-17546; Objections to Claims #2, #3, #10 and #11 |
| **Attachments:** | MD 24-17546 Calhoun #2 Amended POC.pdf; MD 24-17546 Calhoun #3 Amended POC.pdf; MD 24-17546 Calhoun #10 Amended POC.pdf; MD 24-17546 Calhoun #11 Amended POC.pdf; RCS IDTA.pdf |

Mr. Hackerman:

We have received your objections to Claims #2, #3, #10 and #11 that Resurgent Capital Services filed in Mr. Calhoun's Chapter 13 Case No. 24-17546.  In each of the objection, you allege identity theft.  Please provide us with a police report or a completed FTC Identity Theft Affidavit/Report for each of the accounts represented by these claims.   If you do not have these documents, please have Mr. Calhoun complete the attached RCS IDTA (Identity Theft Affidavit) for each of the accounts, so that we may investigate the alleged identity theft.

If, after examining the amended claims, you determine that the charges on the accounts did not result from identity theft, we would appreciate your withdrawing your objections to the claims.

If you have any additional questions or concerns, please contact me directly.

**Lynn Hudson**
*Paralegal, Bankruptcy*

office: (864) 248-8338
fax: (866) 467-0965
SecuredBankruptcy@resurgent.com



MS #101 55 Beattie Pl, STE 110
Greenville, SC 29603
www.resurgent.com