IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

IN RE:　　　　　　　　　　　　　　*

　　MARTIN CALHOUN　　　　　　*　　CASE NO.: 24-17546 (Chapter 13)

*　*　*　*　*　*　*　*　*　*　*　*　*

### WITNESS/EXHIBIT LIST- HEARING MAY 7, 2025

Martin Calhoun, by his attorney, Richard J. Hackerman, intends offer the following witnesses and exhibits into evidence at the upcoming Claims hearing on May 7, 2025.

### WITNESS LIST

1. Debtor Martin Calhoun.

### EXHIBIT LIST

1. Docket from Debtor's Previous Bankruptcy Filing- Case Number 19-16637.

2. Amended Proof of Claim 2-2.  Resurgent Receivables.

3. Amended Proof of Claim 3-2.  LVNV Funding, LLC.

4. Amended Proof of Claim 9-2. Midland Credit Management, Inc.

5. Amended Proof of Claim 10-2.  Resurgent Acquisitions, LLC.

6. Amended Proof of Claim 11-2.  LVNV Funding, LLC.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Richard J. Hackerman

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Richard J. Hackerman
　　　　　　　　　　　　　　　　Richard J. Hackerman, P.C.
　　　　　　　　　　　　　　　　3635 Old Court Road, Suite 208
　　　　　　　　　　　　　　　　Baltimore, MD 21208
　　　　　　　　　　　　　　　　410.243.8800
　　　　　　　　　　　　　　　　richard@richardhackerman.com
　　　　　　　　　　　　　　　　Attorneys for the Debtor

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY, that a copy of the foregoing was mailed electronically, this 6th day of May 2025 unto:

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046
410-290-9120
Fax : 410-290-9121
Email: cmecf@chapter13maryland.com

Bradley T. Canter, Esquire, #18995
2200 Research Boulevard, Suite 560
Rockville, Maryland 20850-4424
301.424.7490 (telephone) | 301.424.7470 (facsimile)
bcanter@roncanterllc.com (e-mail)
Attorney for Creditor

Gene Jung, Bar #14950
James E. Clarke, Bar #15153
Paul J. Moran, Bar #19595
Orlans Law Group PLLC
P.O. Box 2548
Leesburg, VA 20177
(703) 777-7101
Attorneys for Midland Credit Management, Inc.
gjung@orlans.com
jclarke@orlans.com
pmoran@orlans.com

    /s/ Richard J. Hackerman
    _____
    Richard J. Hackerman
    Richard J. Hackerman, P.C.
    3635 Old Court Road, Suite 208
    Baltimore, MD 21208
    410.243.8800
    richard@richardhackerman.com
    Attorneys for the Debtor