NODIS, DISMISSED, CLOSED

# U.S. Bankruptcy Court
## District of Maryland (Greenbelt)
## Bankruptcy Petition #: 19-16637

|  |  |
|---|---|
| *Assigned to:* Judge Lori S. Simpson | *Date filed:* 05/15/2019 |
| Chapter 13 | *Date terminated:* 06/09/2022 |
| Voluntary | *Debtor dismissed:* 05/24/2022 |
| Asset | *Plan confirmed:* 10/15/2019 |
|  | *341 meeting:* 06/27/2019 |
|  | *Case Administrator:* <u>Kelly Horning</u> |
|  | *Team 2 Phone:* 301-344-3965 |

*Debtor disposition:* Dismissed for failure to make plan payments

| | |
|---|---|
| *Debtor* | represented by **Kevin D. Judd** |
| **Martin Trevor Calhoun** | 601 Pennsylvania Ave., N.W. |
| 6401 Floral Park Rd | Suite 900-South Bldg. |
| Brandywine, MD 20613 | Washington, DC 20004 |
| PRINCE GEORGE'S-MD | (202) 483-6070 |
| SSN / ITIN: xxx-xx-3739 | Email: bkadmin@juddlawfirm.com |
| | |
| *Trustee* | |
| **Nancy Spencer Grigsby** | |
| 185 Admiral Cochrane Dr. | |
| Suite 240 | |
| Annapolis, MD 21401 | |
| (301) 805-4700 | |
| Email: grigsbyecf@ch13md.com | |
| *TERMINATED: 09/28/2019* | |
| | |
| *Trustee* | represented by **Rebecca A. Herr** |
| **Rebecca A. Herr** | Chapter 13 Trustee |
| Chapter 13 Trustee | 185 Admiral Cochrane Dr. |
| 185 Admiral Cochrane Dr. | Suite 240 |
| Suite 240 | Annapolis, MD 21401 |
| Annapolis, MD 21401 | 301-805-4700 |
| 301-805-4700 | Fax : 301-805-9577 |
| Fax : 301-805-9577 | Email: ecf@ch13md.com |
| Email: ecf@ch13md.com | |

| Filing Date | # | Docket Text |
|---|---|---|
| 05/15/2019 | <u>1</u><br>(43 pgs) | Chapter 13 Voluntary Petition, Schedules A-J & Statement of Financial Affairs Fee Amount $ 310 filed by Kevin D. Judd on behalf of Martin Trevor Calhoun. Government Proof of Claim due by 11/12/2019. Section 521(i)(1) Incomplete Filing date: 7/1/2019. (Judd, Kevin) (Entered: 05/15/2019) |
| 05/15/2019 | <u>2</u><br>(7 pgs) | Chapter 13 Plan & Pre-Confirmation Certification -- Case Upload filed by Kevin D. Judd on behalf of Martin Trevor Calhoun. (Judd, Kevin) |

| | | |
|---|---|---|
| | | *CORRECTIVE ENTRY: ENHANCED TEXT* Modified on 5/16/2019 (Guerra, Natalie). (Entered: 05/15/2019) |
| 05/15/2019 | 3 (1 pg) | Certificate of Credit Counseling -- Case Upload filed by Kevin D. Judd on behalf of Martin Trevor Calhoun. (Judd, Kevin) (Entered: 05/15/2019) |
| 05/15/2019 | 4 (1 pg) | Disclosure of Compensation of Attorney for Debtor Filed by Kevin D. Judd. (Judd, Kevin) (Entered: 05/15/2019) |
| 05/15/2019 | 5 (3 pgs) | Chapter 13 Statement of Current Monthly and Disposable Income -- Case Upload filed by Kevin D. Judd on behalf of Martin Trevor Calhoun. (Judd, Kevin) (Entered: 05/15/2019) |
| 05/15/2019 | 6 | Social Security Number Verification Page -- Case Upload filed by Kevin D. Judd on behalf of Martin Trevor Calhoun. (Judd, Kevin) (Entered: 05/15/2019) |
| 05/15/2019 | 7 | Receipt of filing fee for Chapter 13 Voluntary Petition - case upload(19-16637) [caseupld,1305u] ( 310.00). Receipt number 34798481. Fee amount 310.00 (re: Doc # 1) (U.S. Treasury) (Entered: 05/15/2019) |
| 05/15/2019 | 9 (2 pgs) | Meeting of Creditors & Notice of Appointment of Trustee Nancy Spencer Grigsby, with 341(a) meeting to be held on 06/27/2019 at 11:00 AM at 341 meeting room 6th Floor at 6305 Ivy Ln., Greenbelt. Proof of Claim due by 07/24/2019. Confirmation to be held on 07/16/2019 at 10:00 AM at Courtroom 3-D, Greenbelt - Judge Simpson. Objection to Confirmation due by 07/09/2019. Objection to Dischargeability of Certain Debts due by 08/26/2019. (Entered: 05/15/2019) |
| 05/15/2019 | 8 (2 pgs) | Certificate of Service Filed by Kevin D. Judd (related document(s)2 Chapter 13 Plan filed by Debtor Martin Trevor Calhoun). (Judd, Kevin) (Entered: 05/15/2019) |
| 05/16/2019 | | Confirmation Hearing Set On (related document(s)2 Chapter 13 Plan filed by Debtor Martin Trevor Calhoun). Confirmation hearing to be held on 7/16/2019 at 10:00 AM at Courtroom 3-D, Greenbelt - Judge Simpson. (Guerra, Natalie) (Entered: 05/16/2019) |
| 05/16/2019 | | The Debtor(s) is/are certified as having complied with all filing requirements of 11 U.S.C. Sec. 521(a)(1), with the exception of subparagraph 521(a)(1)(B)(iv), which is not filed with the Court pursuant to LBR 1007-4. (Guerra, Natalie) (Entered: 05/16/2019) |
| 05/18/2019 | 10 (3 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (related document(s)9 Meeting of Creditors Chapter 13). No. of Notices: 8. Notice Date 05/18/2019. (Admin.) (Entered: 05/19/2019) |
| 05/18/2019 | 11 (8 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)2 Chapter 13 Plan filed by Debtor Martin Trevor Calhoun). No. of Notices: 7. Notice Date 05/18/2019. (Admin.) (Entered: 05/19/2019) |
| 06/06/2019 | 12 (2 pgs) | Creditor Request for Notices Filed by U.S. Bank National Association, not in its individual capacity but solely as Trustee for Towd Point Master Funding Trust JPM Legacy 2018. (Laryea, Francis) (Entered: 06/06/2019) |

| | | |
|---|---|---|
| 06/26/2019 | 13 (1 pg) | Personal Financial Management Course Certificate For Debtor Martin Calhoun Provided by Access Counseling, Inc.. (Entered: 06/26/2019) |
| 07/03/2019 | 14 (3 pgs; 2 docs) | **CORRECTIVE ENTRY: PLEADING STRICKEN PER ORDER 20** Application to Employ Attorney Joey Tutone as Attorney and Verified Statement of Proposed Party Filed by Martin Trevor Calhoun. (Attachments: # 1 Proposed Order) (Judd, Kevin) Modified on 8/1/2019 (Guerra, Natalie). (Entered: 07/03/2019) |
| 07/05/2019 | 15 (1 pg) | Deficiency Notice- verified statement and mailing matrix not filed. (related document(s)14 Application to Employ filed by Debtor Martin Trevor Calhoun). Cured Pleading due by 7/19/2019. (Guerra, Natalie) (Entered: 07/05/2019) |
| 07/07/2019 | 16 (2 pgs) | BNC Certificate of Mailing. (related document(s)15 Deficiency Notice). No. of Notices: 1. Notice Date 07/07/2019. (Admin.) (Entered: 07/08/2019) |
| 07/12/2019 | 17 (1 pg) | 341 Meeting Held. (Spencer Grigsby, Nancy) (Entered: 07/12/2019) |
| 07/12/2019 | 18 (8 pgs; 2 docs) | Amended Chapter 13 Plan. Amount of Payments per Month: $700.00 and $915.00, Number of Months:2 and 58, Filed by Martin Trevor Calhoun. (Attachments: # 1 Certificate of Service)(Judd, Kevin) (Entered: 07/12/2019) |
| 07/15/2019 | | Confirmation Hearing Set On (related document(s)18 Amended Chapter 13 Plan filed by Debtor Martin Trevor Calhoun). Confirmation hearing to be held on 7/16/2019 at 10:00 AM at Courtroom 3-D, Greenbelt - Judge Simpson. (Guerra, Natalie) (Entered: 07/15/2019) |
| 07/16/2019 | | Disposition Without Hearing: re: 18 Amended Chapter 13 Plan IS CONTINUED TO 10/08/2019 10:00 AM at Courtroom 3-D, Greenbelt - Judge Simpson. (related document(s) 18 Amended Chapter 13 Plan ) (Bellman, Gloria) (Entered: 07/16/2019) |
| 07/16/2019 | 19 (3 pgs) | Support Document Verified Statement Filed by Kevin D. Judd (related document(s)14 Application to Employ filed by Debtor Martin Trevor Calhoun, 15 Deficiency Notice). (Judd, Kevin) (Entered: 07/16/2019) |
| 08/01/2019 | 20 (1 pg) | Order Striking Filing for Failure to Comply with Required Procedures (related document(s) 14 Application to Employ filed by Debtor Martin Trevor Calhoun). (Guerra, Natalie) (Entered: 08/01/2019) |
| 08/03/2019 | 21 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)20 Order Striking Deficient Pleading or Document). No. of Notices: 1. Notice Date 08/03/2019. (Admin.) (Entered: 08/04/2019) |
| 08/05/2019 | 22 (6 pgs; 3 docs) | Application to Employ Attorney Joey Tutone as Attorney and Verified Statement of Proposed Party Filed by Martin Trevor Calhoun. (Attachments: # 1 Verified Statement # 2 Proposed Order) (Judd, Kevin) (Entered: 08/05/2019) |

| | | |
|---|---|---|
| 08/26/2019 | 23 (1 pg) | Order Authorizing Appointment of Attorney Joey Tutone RE: to Represent Debtor. (related document(s): 22 Application to Employ filed by Debtor Martin Trevor Calhoun). (Guerra, Natalie) (Entered: 08/26/2019) |
| 08/28/2019 | 24 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)23 Order on Application to Employ). No. of Notices: 8. Notice Date 08/28/2019. (Admin.) (Entered: 08/29/2019) |
| 09/28/2019 | 25 (1 pg) | Notice of Resignation of Trustee, Nancy Spencer Grigsby, and Appointment of Trustee, Rebecca A. Herr. (admin) (Entered: 09/28/2019) |
| 09/30/2019 | 26 (8 pgs; 2 docs) | Amended Chapter 13 Plan. Amount of Payments per Month: $1,400.00 and $1,111.00, Number of Months:lump sum for months 1 thru 4 and 56, Filed by Martin Trevor Calhoun. (Attachments: # 1 Certificate of Service) (Judd, Kevin) (Entered: 09/30/2019) |
| 10/01/2019 | | Confirmation Hearing Set On (related document(s)26 Amended Chapter 13 Plan filed by Debtor Martin Trevor Calhoun). Confirmation hearing to be held on 10/8/2019 at 10:00 AM at Courtroom 3-D, Greenbelt - Judge Simpson. (Guerra, Natalie) (Entered: 10/01/2019) |
| 10/02/2019 | 27 (2 pgs) | BNC Certificate of Mailing. (related document(s)25 Notice Appointing Trustee). No. of Notices: 1. Notice Date 10/02/2019. (Admin.) (Entered: 10/03/2019) |
| 10/08/2019 | | Disposition Without Hearing: re: 26 Amended Chapter 13 Plan PLAN IS CONFIRMED. (related document(s) 26 Amended Chapter 13 Plan ) (Bellman, Gloria) (Entered: 10/08/2019) |
| 10/15/2019 | 28 (2 pgs) | Order Confirming Chapter 13 Plan (related document(s)26 Amended Chapter 13 Plan filed by Debtor Martin Trevor Calhoun). (Guerra, Natalie) (Entered: 10/15/2019) |
| 10/17/2019 | 29 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)28 Order Confirming Chapter 13 Plan). No. of Notices: 10. Notice Date 10/17/2019. (Admin.) (Entered: 10/18/2019) |
| 02/25/2020 | 30 (3 pgs) | WITHDRAWN AT 47 - Trustee's Motion to Dismiss Case for failure to make plan payments Filed by Rebecca A. Herr. (Herr, Rebecca) Modified on 4/17/2020 (Guerra, Natalie). (Entered: 02/25/2020) |
| 02/26/2020 | 31 (3 pgs) | Objection on behalf of Martin Trevor Calhoun Filed by Kevin D. Judd (related document(s)30 Trustee's Motion to Dismiss Case filed by Trustee Rebecca A. Herr). (Judd, Kevin) (Entered: 02/26/2020) |
| 02/26/2020 | 32 (1 pg) | Deficiency Notice in RE: Certificate of Service. (related document(s)31 Objection filed by Debtor Martin Trevor Calhoun). Cured Pleading due by 3/11/2020. (Guerra, Natalie) (Entered: 02/26/2020) |
| 02/26/2020 | 33 (1 pg) | Notice of Hearing (related document(s)30 Trustee's Motion to Dismiss Case filed by Trustee Rebecca A. Herr, 31 Objection filed by Debtor Martin Trevor Calhoun). Hearing scheduled for 3/17/2020 at 10:00 AM at Courtroom 3-D, Greenbelt - Judge Simpson. (Guerra, Natalie) (Entered: 02/26/2020) |

| | | |
|---|---|---|
| 02/26/2020 | 34 (1 pg) | Amended Certificate of Service Filed by Kevin D. Judd (related document(s)31 Objection filed by Debtor Martin Trevor Calhoun, 32 Deficiency Notice). (Judd, Kevin) (Entered: 02/26/2020) |
| 02/26/2020 | | Deficiency Satisfied (related document(s)31 Objection filed by Debtor Martin Trevor Calhoun, 32 Deficiency Notice) - SEE 34. (Guerra, Natalie) (Entered: 02/26/2020) |
| 02/28/2020 | 35 (2 pgs) | BNC Certificate of Mailing. (related document(s)32 Deficiency Notice). No. of Notices: 1. Notice Date 02/28/2020. (Admin.) (Entered: 02/29/2020) |
| 02/28/2020 | 36 (2 pgs) | BNC Certificate of Mailing - Hearing. (related document(s)33 Notice of Hearing). No. of Notices: 1. Notice Date 02/28/2020. (Admin.) (Entered: 02/29/2020) |
| 03/13/2020 | 37 (16 pgs; 3 docs) | Motion to Modify Plan.Amount of Payments per Month:$4,230.00 and $1,200.00,Number of Months:lump sum for months 1-10 and 50, Notice Served on 3/13/2020, Filed by Martin Trevor Calhoun (related document(s)2 Chapter 13 Plan filed by Debtor Martin Trevor Calhoun, 26 Amended Chapter 13 Plan filed by Debtor Martin Trevor Calhoun). Objections due by 04/13/2020. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 04/14/2020 at 10:00 AM - Courtroom 3-D. (Attachments: # 1 Proposed Modified Chapter 13 Plan) (Judd, Kevin) Additional attachment(s) added on 4/14/2020 (Guerra, Natalie). (Entered: 03/13/2020) |
| 03/13/2020 | 38 (1 pg) | Deficiency Notice (related document(s)37 Modify Plan filed by Debtor Martin Trevor Calhoun). Cured Pleading due by 3/27/2020. (Guerra, Natalie) (Entered: 03/13/2020) |
| 03/13/2020 | 39 (3 pgs) | Amended Notice of Motion.Notice Served on 3/13/2020, Filed by Martin Trevor Calhoun (related document(s)37 Modify Plan filed by Debtor Martin Trevor Calhoun). Objections due by 4/13/2020. Hearing scheduled for 4/14/2020 at 10:00 AM at Courtroom 3-D, Greenbelt - Judge Simpson. (Judd, Kevin). Related document(s) 38 Deficiency Notice. Modified on 3/16/2020 to add linkage and correct hearing date. (Guerra, Natalie). (Entered: 03/13/2020) |
| 03/13/2020 | 40 (1 pg) | Amended Disclosure of Compensation of Attorney for Debtor Filed by Kevin D. Judd. (Judd, Kevin) (Entered: 03/13/2020) |
| 03/13/2020 | 41 (8 pgs; 2 docs) | Application for Compensation for Kevin D. Judd, Debtor's Attorney, -, Fee: $700.00, Expenses: $.. Filed by Kevin D. Judd. (Attachments: # 1 Proposed Order) (Judd, Kevin) (Entered: 03/13/2020) |
| 03/15/2020 | 42 (2 pgs) | BNC Certificate of Mailing. (related document(s)38 Deficiency Notice). No. of Notices: 1. Notice Date 03/15/2020. (Admin.) (Entered: 03/16/2020) |
| 03/16/2020 | | Deficiency Satisfied (related document(s)37 Modify Plan filed by Debtor Martin Trevor Calhoun, 38 Deficiency Notice) - SEE 39, PO was also uploaded. (Guerra, Natalie) (Entered: 03/16/2020) |
| 03/16/2020 | | Disposition Without Hearing: re: 30 Trustee's Motion to Dismiss Case, re: 31 Objection - ALL MATTERS ARE CONTINUED TO 04/14/2020 10:00 |

| | | |
|---|---|---|
| | | AM at Courtroom 3-D, Greenbelt - Judge Simpson. (related document(s) 30 Trustee's Motion to Dismiss Case, 31 Objection ) (Bellman, Gloria) (Entered: 03/16/2020) |
| 04/07/2020 | 43 (2 pgs) | Order For Compensation RE: Kevin D. Judd, Debtor's Attorney. (related document(s): 41 Application for Compensation filed by Debtor Martin Trevor Calhoun). Granting for Kevin D. Judd, fees awarded: $700.00, expenses awarded: $0.00. (Guerra, Natalie) (Entered: 04/07/2020) |
| 04/09/2020 | 44 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)43 Order on Application for Compensation). No. of Notices: 1. Notice Date 04/09/2020. (Admin.) (Entered: 04/10/2020) |
| 04/13/2020 | 45 (9 pgs; 2 docs) | Line: Amended Proposed Modified Plan on behalf of Martin Trevor Calhoun Filed by Kevin D. Judd (related document(s)37 Modify Plan filed by Debtor Martin Trevor Calhoun). (Attachments: # 1 Proposed Modified Chapter 13 Plan) (Judd, Kevin) Modified on 4/14/2020 to enhance docket text. (Guerra, Natalie). (Entered: 04/13/2020) |
| 04/13/2020 | 46 (9 pgs; 2 docs) | Amended Line: Amended Proposed Modified Plan on behalf of Martin Trevor Calhoun Filed by Kevin D. Judd (related document(s)37 Modify Plan filed by Debtor Martin Trevor Calhoun). (Attachments: # 1 Proposed Modified Chapter 13 Plan) (Judd, Kevin) Modified on 4/14/2020 to enhance docket text.(Guerra, Natalie). (Entered: 04/13/2020) |
| 04/14/2020 | | Disposition Without Hearing: re: 30 Trustee's Motion to Dismiss Case TO BE WITHDRAWN; re: 37 Modify Plan IS APPROVED. (related document(s) 30 Trustee's Motion to Dismiss Case, 31 Objection, 37 Modify Plan ) (Bellman, Gloria) (Entered: 04/14/2020) |
| 04/17/2020 | 47 (1 pg) | Withdrawal of Document on behalf of Rebecca A. Herr Filed by Rebecca A. Herr (related document(s)30 Trustee's Motion to Dismiss Case filed by Trustee Rebecca A. Herr). (Herr, Rebecca) (Entered: 04/17/2020) |
| 04/22/2020 | 48 (4 pgs) | Order Denying Motion To Modify Plan. DENIED- Debtor seeks to modify the plan and increase the plan period to 70 months. However, the Motion to Modify Plan [Dkt. No. 37] does not comply with Administrative Order 20-10. The Motion is denied without prejudice to Debtor filing a new motion that complies with AO 20-10. (related document(s): 37 Modify Plan filed by Debtor Martin Trevor Calhoun). (Guerra, Natalie) (Entered: 04/22/2020) |
| 04/24/2020 | 49 (5 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)48 Order on Motion to Modify Plan). No. of Notices: 1. Notice Date 04/24/2020. (Admin.) (Entered: 04/25/2020) |
| 05/01/2020 | 50 (35 pgs; 3 docs) | Motion for Relief from Stay and Notice of Motion as to Debtor and Co-Debtor Deloris Calhoun Re: 6401 Floral Park Rd Brandywine, MD 20613. Fee Amount $181. Notice Served on 5/1/2020, Filed by U.S. Bank National Association, not in its individual capacity but solely as Trustee for Towd Point Master Funding Trust JPM Legacy 2018. Objections due by 05/15/2020. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 06/22/2020 at 02:00 PM - Courtroom 3-D. (Attachments: # 1 Notice of Motion # 2 Exhibit) (Taylor, Brittany) (Entered: 05/01/2020) |

| | | | |
|---|---|---|---|
| 05/01/2020 | | 51 | Receipt of filing fee for Relief from Stay and Notice of Motion(19-16637) [motion,mrlfntc] ( 181.00). Receipt number 36811063. Fee amount 181.00 (re: Doc # 50) (U.S. Treasury) (Entered: 05/01/2020) |
| 05/09/2020 | | 52 (25 pgs; 6 docs) | Motion to Modify Plan.Amount of Payments per Month:$4,230.00 and $1,200.00,Number of Months:lump sum for months 1 thru 10 and 60, Notice Served on 5/9/2020, Filed by Martin Trevor Calhoun (related document(s)18 Amended Chapter 13 Plan filed by Debtor Martin Trevor Calhoun). Objections due by 06/8/2020. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 06/30/2020 at 10:00 AM - Courtroom 3-D. (Attachments: # 1 Affidavit # 2 Proposed Modified Chapter 13 Plan # 3 Proposed Order) (Judd, Kevin) Additional attachment(s) added on 9/23/2020 (Guerra, Natalie). Additional attachment(s) added on 10/16/2020 (Arter, Laurie). (Entered: 05/09/2020) |
| 05/11/2020 | | 53 (1 pg) | Deficiency Notice- missing Notice of Motion. (related document(s)52 Modify Plan filed by Debtor Martin Trevor Calhoun). Cured Pleading due by 5/26/2020. (Guerra, Natalie) (Entered: 05/11/2020) |
| 05/11/2020 | | 54 (2 pgs) | Notice of Motion.Notice Served on 5/9/2020, Filed by Martin Trevor Calhoun (related document(s)52 Modify Plan filed by Debtor Martin Trevor Calhoun, 53 Deficiency Notice). Objections due by 6/8/2020.Hearing scheduled for 6/30/2020 at 10:00 AM at Courtroom 3-D, Greenbelt - Judge Simpson. (Judd, Kevin) (Entered: 05/11/2020) |
| 05/11/2020 | | | Deficiency Satisfied: SEE 54. (related document(s)52 Modify Plan filed by Debtor Martin Trevor Calhoun, 53 Deficiency Notice). (Guerra, Natalie) (Entered: 05/11/2020) |
| 05/13/2020 | | 55 (2 pgs) | BNC Certificate of Mailing. (related document(s)53 Deficiency Notice). No. of Notices: 1. Notice Date 05/13/2020. (Admin.) (Entered: 05/14/2020) |
| 05/14/2020 | | 56 (6 pgs; 2 docs) | Opposition on behalf of Martin Trevor Calhoun Filed by Kevin D. Judd. (related document(s) 50 Motion for Relief from Stay and Notice of Motion as to Debtor and Co-Debtor Deloris Calhoun Re: 6401 Floral Park Rd Brandywine, MD 20613 Filed by Creditor U.S. Bank National Association, not in its individual capacity but solely as Trustee for Towd Point Master Funding Trust JPM Legacy 2018)(Attachments: # 1 support documents) (Judd, Kevin). Modified on 5/15/2020. Related document added. (Arter, Laurie). (Entered: 05/14/2020) |
| 06/21/2020 | | 57 (1 pg) | Notice of RESCHEDULED Hearing (related document(s)50 Relief from Stay and Notice of Motion filed by Creditor U.S. Bank National Association, not in its individual capacity but solely as Trustee for Towd Point Master Funding Trust JPM Legacy 2018, 56 Opposition filed by Debtor Martin Trevor Calhoun). Hearing scheduled for 8/10/2020 at 02:00 PM by videoconference . For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688. (Bellman, Gloria) (Entered: 06/21/2020) |
| 06/24/2020 | | 58 (2 pgs) | BNC Certificate of Mailing - Hearing. (related document(s)57 Notice of Hearing). No. of Notices: 3. Notice Date 06/24/2020. (Admin.) (Entered: 06/25/2020) |
| 06/30/2020 | | | Disposition Without Hearing: re: 52 Modify Plan IS CONTINUED TO 08/18/2020 10:00 AM at Courtroom 3-D, Greenbelt - Judge Simpson. |

| Date | Doc | Description |
|---|---|---|
| | | (related document(s) 52 Modify Plan ) (Bellman, Gloria) (Entered: 07/01/2020) |
| 08/07/2020 | | Disposition Without Hearing: re: 50 Relief from Stay and Notice of Motion CONSENT IS DUE. (related document(s) 50 Relief from Stay and Notice of Motion, 56 Opposition ) (Bellman, Gloria) (Entered: 08/07/2020) |
| 08/18/2020 | | Disposition Without Hearing: re: 52 Modify Plan IS CONTINUED TO 10/13/2020 10:00 AM at Courtroom 3-D, Greenbelt - Judge Simpson. (related document(s) 52 Modify Plan ) (Bellman, Gloria) (Entered: 08/20/2020) |
| 09/23/2020 | 59 (7 pgs) | Consent Order Conditioning Stay as to Debtor and Co-Debtor Deloris Calhoun Re: 6401 Floral Park Rd Brandywine, MD 20613. (related document(s):50 Relief from Stay and Notice of Motion filed by Creditor U.S. Bank National Association, not in its individual capacity but solely as Trustee for Towd Point Master Funding Trust JPM Legacy 2018). (Guerra, Natalie) (Entered: 09/23/2020) |
| 09/23/2020 | 60 (9 pgs; 2 docs) | Line attaching Amended Proposed Modified Plan on behalf of Martin Trevor Calhoun Filed by Kevin D. Judd (related document(s)52 Modify Plan filed by Debtor Martin Trevor Calhoun). (Attachments: # 1 Proposed Modified Chapter 13 Plan) (Judd, Kevin) Modified on 9/23/2020 to enhance docket text. (Guerra, Natalie). (Entered: 09/23/2020) |
| 09/25/2020 | 61 (8 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)59 Order on Motion For Relief From Stay). No. of Notices: 2. Notice Date 09/25/2020. (Admin.) (Entered: 09/26/2020) |
| 10/13/2020 | | Disposition Without Hearing: re: 52 Modify Plan IS CONTINUED TO 12/08/2020 10:00 AM at Courtroom 3-D, Greenbelt - Judge Simpson. (related document(s) 52 Modify Plan ) (Whitfield, Jennifer) (Entered: 10/14/2020) |
| 10/16/2020 | 62 (9 pgs; 2 docs) | Line on behalf of Martin Trevor Calhoun Filed by Kevin D. Judd (related document(s)52 Motion to Modify Plan filed by Debtor Martin Trevor Calhoun). (Attachments: # 1 Proposed Modified Chapter 13 Plan) (Judd, Kevin) Modified on 10/16/2020. Clerk's Note: Amended proposed modified plan attached to 52. (Arter, Laurie). (Entered: 10/16/2020) |
| 12/08/2020 | | Disposition Without Hearing: re: 52 Modify Plan IS APPROVED. (related document(s) 52 Modify Plan ) (Bellman, Gloria) (Entered: 12/09/2020) |
| 12/14/2020 | 63 (2 pgs) | Order Modifying Chapter 13 Plan (related document(s): 52 Motion to Modify Plan Filed by Debtor Martin Trevor Calhoun). (Arter, Laurie) (Entered: 12/14/2020) |
| 12/14/2020 | 64 (6 pgs) | Modified Chapter 13 Plan.Amount of Payments per Month:$7830.00 lump sum for months 1-17; $1200.00 per month for 67 months,Number of Months:84 months total, Filed by Martin Trevor Calhoun (related document(s)26 Amended Chapter 13 Plan filed by Debtor Martin Trevor Calhoun). (Arter, Laurie) (Entered: 12/14/2020) |

| | | |
|---|---|---|
| 12/16/2020 | 65<br>(4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)63 Order on Motion to Modify Plan). No. of Notices: 10. Notice Date 12/16/2020. (Admin.) (Entered: 12/17/2020) |
| 01/29/2021 | 66<br>(2 pgs) | Notice of Appearance and Request for Notice Filed by U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust JPM Legacy 2018 c/o Select Portfolio Servicing, Inc.. (Freedman, Leah) (Entered: 01/29/2021) |
| 02/04/2021 | 67<br>(2 pgs; 2 docs) | Assignment of Claims Transfer Agreement 3001 (e) 2 Transferor: US BANK NATIONAL ASSOCIATION (Claim No. 5) To U.S. Bank Trust National Association, as Trustee Fee Amount $26 Filed by SELECT PORTFOLIO SERVICING, INC. (Shelley, John) (Entered: 02/04/2021) |
| 02/04/2021 | 68 | Receipt of filing fee for Assignment of Claim(19-16637) [claims,trclm] ( 26.00). Receipt number 37968056. Fee amount 26.00 (re: Doc # 67) (U.S. Treasury) (Entered: 02/04/2021) |
| 02/07/2021 | 69<br>(2 pgs) | BNC Certificate of Mailing. (related document(s)67 Assignment of Claim filed by Creditor SELECT PORTFOLIO SERVICING, INC). No. of Notices: 0. Notice Date 02/07/2021. (Admin.) (Entered: 02/08/2021) |
| 05/26/2021 | 70<br>(3 pgs) | WITHDRAWN AT 85 Trustee's Motion to Dismiss Case for failure to make plan payments Filed by Rebecca A. Herr. (Herr, Rebecca) Modified on 9/9/2021 (Thompson, Sherona). (Entered: 05/26/2021) |
| 06/03/2021 | 71<br>(2 pgs) | Notice of Appearance and Request for Notice Filed by FirstKey Master Funding 2021-A Collateral Trust. (Meyer, Mark) (Entered: 06/03/2021) |
| 06/08/2021 | 72<br>(3 pgs) | Objection on behalf of Martin Trevor Calhoun Filed by Kevin D. Judd (related document(s)70 Trustee's Motion to Dismiss Case filed by Trustee Rebecca A. Herr). (Judd, Kevin) (Entered: 06/08/2021) |
| 06/08/2021 | 73<br>(1 pg) | Notice of Hearing (related document(s)70 Trustee's Motion to Dismiss Case filed by Trustee Rebecca A. Herr, 72 Objection filed by Debtor Martin Trevor Calhoun). Hearing scheduled for 7/20/2021 at 10:00 AM by videoconference or teleconference. For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688. (Hutchinson, Janine) (Entered: 06/08/2021) |
| 06/10/2021 | 74<br>(3 pgs) | BNC Certificate of Mailing - Hearing. (related document(s)73 Notice of Hearing). No. of Notices: 5. Notice Date 06/10/2021. (Admin.) (Entered: 06/11/2021) |
| 07/16/2021 | 75<br>(16 pgs; 5 docs) | Motion to Modify Plan.Amount of Payments per Month:$11,030.00 and $1,330.00,Number of Months:lump sum for 1 thru 26 and 58, Notice Served on 7/16/2021, Filed by Martin Trevor Calhoun (related document(s)64 Modified Chapter 13 Plan filed by Debtor Martin Trevor Calhoun). Objections due by 08/13/2021. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 09/08/2021 at 10:00 AM - Courtroom 3-D. (Attachments: # 1 Proposed Modified Chapter 13 Plan # 2 Plan Certificate of Service # 3 Notice of Motion # 4 Proposed Order) (Judd, Kevin) Corrected Payment Terms Modified on 7/19/2021 (Taylor, Kieshonda). (Entered: 07/16/2021) |

| 07/16/2021 | 76 (1 pg) | Amended Disclosure of Compensation of Attorney for Debtor Filed by Kevin D. Judd. (Judd, Kevin) (Entered: 07/16/2021) |
|---|---|---|
| 07/16/2021 | 77 (8 pgs; 2 docs) | Application for Compensation for Kevin D. Judd, Debtor's Attorney, -, Fee: $700.00, Expenses: $.. Filed by Kevin D. Judd. (Attachments: # 1 Proposed Order) (Judd, Kevin) (Entered: 07/16/2021) |
| 07/19/2021 | 78 (1 pg) | Deficiency Notice incorrect selection on LBF M-1, section one. (related document(s)75 Modify Plan filed by Debtor Martin Trevor Calhoun). Cured Pleading due by 8/2/2021. (Taylor, Kieshonda) (Entered: 07/19/2021) |
| 07/19/2021 | 79 (3 pgs; 2 docs) | Amended Certificate of Service Filed by Kevin D. Judd (related document(s)75 Modify Plan filed by Debtor Martin Trevor Calhoun, 78 Deficiency Notice). (Attachments: # 1 List of All Creditors) (Judd, Kevin) (Entered: 07/19/2021) |
| 07/20/2021 | | Deficiency Satisfied (related document(s)75 Modify Plan filed by Debtor Martin Trevor Calhoun, 78 Deficiency Notice). (Hutchinson, Janine) (Entered: 07/20/2021) |
| 07/20/2021 | | Disposition Without Hearing: re: 70 Trustee's Motion to Dismiss Case, re: 72 Objection - ALL MATTERS ARE CONTINUED TO 09/08/2021 10:00 AM at Courtroom 3-D, Greenbelt - Judge Simpson. (related document(s) 70 Trustee's Motion to Dismiss Case, 72 Objection ) (Bellman, Gloria) (Entered: 07/22/2021) |
| 07/21/2021 | 80 (2 pgs) | BNC Certificate of Mailing. (related document(s)78 Deficiency Notice). No. of Notices: 1. Notice Date 07/21/2021. (Admin.) (Entered: 07/22/2021) |
| 08/11/2021 | 81 (2 pgs) | Order Granting Application For Compensation (related document(s):77 Application for Compensation filed by Debtor Martin Trevor Calhoun). Granting for Kevin D. Judd, fees awarded: $700.00, expenses awarded: $0.00 (Hutchinson, Janine) (Entered: 08/11/2021) |
| 08/13/2021 | 82 (4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)81 Order on Application for Compensation). No. of Notices: 5. Notice Date 08/13/2021. (Admin.) (Entered: 08/14/2021) |
| 08/18/2021 | 83 (2 pgs; 2 docs) | Assignment of Claims Transfer Agreement 3001 (e) 2 Transferor: U.S. Bank Trust National Association, as Trustee (Claim No. 5) To Select Portfolio Servicing, Inc. Fee Amount $26 Filed by U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust JPM Legacy 2018 c/o Select Portfolio Servicing, Inc.. (Joshi, Nikita) (Entered: 08/18/2021) |
| 08/18/2021 | | Receipt of filing fee for Assignment of Claim( 19-16637) [claims,trclm] ( 26.00). Receipt number A38670676. Fee amount 26.00 (re: Doc # 83) (U.S. Treasury) (Entered: 08/18/2021) |

| | | |
|---|---|---|
| 08/21/2021 | 84 (3 pgs) | BNC Certificate of Mailing. (related document(s)83 Assignment of Claim filed by Creditor U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust JPM Legacy 2018 c/o Select Portfolio Servicing, Inc.). No. of Notices: 1. Notice Date 08/21/2021. (Admin.) (Entered: 08/22/2021) |
| 09/08/2021 | | Disposition Without Hearing: re: 75 Modify Plan IS APPROVED. (related document(s) 75 Modify Plan ) (Bellman, Gloria) (Entered: 09/10/2021) |
| 09/09/2021 | 85 (1 pg) | Withdrawal of Document on behalf of Rebecca A. Herr Filed by Rebecca A. Herr (related document(s)70 Trustee's Motion to Dismiss Case filed by Trustee Rebecca A. Herr). (Herr, Rebecca) (Entered: 09/09/2021) |
| 09/15/2021 | 86 (2 pgs) | Order Modifying Chapter 13 Plan (related document(s):75 Modify Plan filed by Debtor Martin Trevor Calhoun). (Taylor, Kieshonda) (Entered: 09/15/2021) |
| 09/15/2021 | 87 (6 pgs) | Modified Chapter 13 Plan.Amount of Payments: $11,030.00 lump sum for months 1-26/$1,330.00 per month for 58 months, Total Number of Months: 84, Filed by Martin Trevor Calhoun (related document(s)64 Modified Chapter 13 Plan filed by Debtor Martin Trevor Calhoun). (Taylor, Kieshonda) (Entered: 09/15/2021) |
| 09/17/2021 | 88 (4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)86 Order on Motion to Modify Plan). No. of Notices: 14. Notice Date 09/17/2021. (Admin.) (Entered: 09/18/2021) |
| 02/28/2022 | 89 (3 pgs) | Trustee's Motion to Dismiss Case for failure to make plan payments Filed by Rebecca A. Herr. (Herr, Rebecca) (Entered: 02/28/2022) |
| 03/15/2022 | 90 (3 pgs) | WITHDRAWN AT 96 Objection on behalf of Martin Trevor Calhoun Filed by Kevin D. Judd (related document(s)89 Trustee's Motion to Dismiss Case filed by Trustee Rebecca A. Herr). (Judd, Kevin) Modified on 5/24/2022 (Taylor, Kieshonda). (Entered: 03/15/2022) |
| 03/15/2022 | 91 (1 pg) | Notice of Hearing (related document(s)89 Trustee's Motion to Dismiss Case filed by Trustee Rebecca A. Herr, 90 Objection filed by Debtor Martin Trevor Calhoun). Hearing scheduled for 4/12/2022 at 10:00 AM by videoconference or teleconference. For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688. (Taylor, Kieshonda) (Entered: 03/15/2022) |
| 03/17/2022 | 92 (3 pgs) | BNC Certificate of Mailing - Hearing. (related document(s)91 Notice of Hearing). No. of Notices: 1. Notice Date 03/17/2022. (Admin.) (Entered: 03/18/2022) |
| 04/12/2022 | 93 (2 pgs) | VIDEO CONFERENCE Hearing Held and Continued (related document(s)89 Trustee's Motion to Dismiss Case filed by Trustee Rebecca A. Herr, 90 Objection filed by Debtor Martin Trevor Calhoun). Confirmation hearing to be held on 5/24/2022 at 10:00 AM. Contact case trustee for hearing information. (Bellman, Gloria) (Entered: 04/13/2022) |
| 05/23/2022 | 94 (1 pg) | DISREGARD - SEE 96 Withdrawal of Document on behalf of Martin Trevor Calhoun Filed by Kevin D. Judd (related document(s)90 Objection filed by Debtor Martin Trevor Calhoun). (Judd, Kevin) Modified on |

| | | |
|---|---|---|
| | | 5/24/2022 (Taylor, Kieshonda). Modified on 5/24/2022 (Taylor, Kieshonda). (Entered: 05/23/2022) |
| 05/24/2022 | 95<br>(1 pg) | Deficiency Notice (related document(s)94 Withdrawal of Document filed by Debtor Martin Trevor Calhoun). Cured Pleading due by 6/7/2022. (Taylor, Kieshonda) (Entered: 05/24/2022) |
| 05/24/2022 | 96<br>(1 pg) | Withdrawal of Document on behalf of Martin Trevor Calhoun Filed by Kevin D. Judd (related document(s)90 Objection filed by Debtor Martin Trevor Calhoun). (Judd, Kevin) (Entered: 05/24/2022) |
| 05/24/2022 | | Deficiency Satisfied (related document(s)94 Withdrawal of Document filed by Debtor Martin Trevor Calhoun, 95 Deficiency Notice). (Taylor, Kieshonda) (Entered: 05/24/2022) |
| 05/24/2022 | 97<br>(2 pgs; 2 docs) | Order with Notice Dismissing Chapter 13 Case on Motion of Chapter 13 Trustee for Material Default in Plan Payments After Confirmation and Notice that Automatic Stay is Terminated (related document(s):89 Trustee's Motion to Dismiss Case filed by Trustee Rebecca A. Herr). Filing Fee Balance Due: $0.00 (Taylor, Kieshonda) (Entered: 05/24/2022) |
| 05/26/2022 | 98<br>(3 pgs) | BNC Certificate of Mailing. (related document(s)95 Deficiency Notice). No. of Notices: 1. Notice Date 05/26/2022. (Admin.) (Entered: 05/27/2022) |
| 05/26/2022 | 99<br>(4 pgs) | BNC Certificate of Mailing. (related document(s)97 Order on Trustee's Motion to Dismiss Case). No. of Notices: 7. Notice Date 05/26/2022. (Admin.) (Entered: 05/27/2022) |
| 05/26/2022 | 100<br>(3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)97 Order on Trustee's Motion to Dismiss Case). No. of Notices: 1. Notice Date 05/26/2022. (Admin.) (Entered: 05/27/2022) |
| 05/27/2022 | 101<br>(3 pgs) | Chapter 13 Trustee Final Report and Account. (Herr, Rebecca) (Entered: 05/27/2022) |
| 06/09/2022 | 102<br>(1 pg) | Order Discharging Trustee and Closing Case . (Taylor, Kieshonda) (Entered: 06/09/2022) |
| 06/11/2022 | 103<br>(3 pgs) | BNC Certificate of Mailing. (related document(s)102 Order Discharging Trustee and Closing Case). No. of Notices: 1. Notice Date 06/11/2022. (Admin.) (Entered: 06/12/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/06/2025 13:31:32 | | | |
| **PACER Login:** | rh045500 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 19-16637 Fil or Ent: filed From: 1/1/1990 To: 5/6/2025 Doc From: 0 |

|  |  |  | Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
|---|---|---|---|
| **Billable Pages:** | 10 | **Cost:** | 1.00 |