IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION)

IN RE:                                         *

    MARTIN CALHOUN                  *       CASE NO.: 24-17546 (Chapter 13)

*   *   *   *   *   *   *   *   *   *   *   *   *

## SUPPLEMENTAL
## WITNESS/EXHIBIT LIST- HEARING MAY 7, 2025

    Martin Calhoun, by his attorney, Richard J. Hackerman, intends offer the following witnesses and exhibits into evidence at the upcoming Claims hearing on May 7, 2025.

## EXHIBIT LIST

7. Amended Schedules filed on May 6, 2025.

        Respectfully submitted,

        /s/ Richard J. Hackerman

        _____

        Richard J. Hackerman
        Richard J. Hackerman, P.C.
        3635 Old Court Road, Suite 208
        Baltimore, MD 21208
        410.243.8800
        richard@richardhackerman.com
        Attorneys for the Debtor

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, that a copy of the foregoing was mailed electronically, this 6th day of May 2025 unto:

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046
410-290-9120
Fax : 410-290-9121
Email: cmecf@chapter13maryland.com

Bradley T. Canter, Esquire, #18995

2200 Research Boulevard, Suite 560
Rockville, Maryland 20850-4424
301.424.7490 (telephone) | 301.424.7470 (facsimile)
bcanter@roncanterllc.com (e-mail)
Attorney for Creditor

Gene Jung, Bar #14950
James E. Clarke, Bar #15153
Paul J. Moran, Bar #19595
Orlans Law Group PLLC
P.O. Box 2548
Leesburg, VA 20177
(703) 777-7101
Attorneys for Midland Credit Management, Inc.
gjung@orlans.com
jclarke@orlans.com
pmoran@orlans.com

/s/ Richard J. Hackerman
_____
Richard J. Hackerman
Richard J. Hackerman, P.C.
3635 Old Court Road, Suite 208
Baltimore, MD 21208
410.243.8800
richard@richardhackerman.com
Attorneys for the Debtor