IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT DIVISION

IN RE:                                              *

    MARTIN CALHOUN                    *         CASE NO.: 24-17546 (Chapter 13)

*   *   *   *   *   *   *   *   *   *   *   *   *

## LINE WITHDRAWING OBJECTION TO CLAIM 10

Now comes Martin Calhoun, by his attorney, Richard J. Hackerman, and withdraws the objection to claim 10 filed on or about January 8, 2025 at docket number 26.

Respectfully submitted,

/s/ Richard J. Hackerman

_____
Richard J. Hackerman
Richard J. Hackerman, P.C.
3635 Old Court Road, Suite 208
Baltimore, MD 21208
410.243.8800
richard@richardhackerman.com
Attorneys for the Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing was mailed electronically, this 6th day of May 2025 unto:

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, MD 21046
410-290-9120
Fax : 410-290-9121
Email: cmecf@chapter13maryland.com

Bradley T. Canter, Esquire, #18995
2200 Research Boulevard, Suite 560
Rockville, Maryland 20850-4424
301.424.7490 (telephone) | 301.424.7470 (facsimile)
bcanter@roncanterllc.com (e-mail)

Attorney for Creditor

Gene Jung, Bar #14950
James E. Clarke, Bar #15153
Paul J. Moran, Bar #19595
Orlans Law Group PLLC
P.O. Box 2548
Leesburg, VA 20177
(703) 777-7101
Attorneys for Midland Credit Management, Inc.
gjung@orlans.com
jclarke@orlans.com
pmoran@orlans.com

/s/ Richard J. Hackerman
_____
Richard J. Hackerman
Richard J. Hackerman, P.C.
3635 Old Court Road, Suite 208
Baltimore, MD 21208
410.243.8800
richard@richardhackerman.com
Attorneys for the Debtor